UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN R. CUNNINGHAM (1),<br><br>TYSON RATHBURN (2),<br><br>CHARLES L. JACKSON (3),<br>a/k/a "Apollo,"<br><br>MARTINO D. LORENZI (4),<br><br>and<br><br>ANTHONY D. REDMOND (5),<br><br>Defendants. | CASE NO.<br><br>JUDGE JUDGE MORRISON<br><br>INDICTMENT<br><br>18 U.S.C. § 371<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 924(a)(1)(D)<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy to Deal in Firearms Without a License)**

1. Beginning on or about January 5, 2022, and continuing thereafter to on or about May 26, 2022, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendants, **BRIAN R. CUNNINGHAM, TYSON RATHBURN, CHARLES L. JACKSON, a/k/a "Apollo," MARTINO D. LORENZI,** and **ANTHONY D. REDMOND**, knowingly and intentionally conspired and agreed with each other, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States—namely, to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## A. THE FEDERAL FIREARMS LICENSE REQUIREMENT

2. Title 18, United States Code, Section 922(a)(1)(A), provides that it is unlawful for any person to engage in the business of dealing in firearms without a license. The phrase "engaged in the business" means a person devotes time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood or profit through the repetitive purchase and resale of firearms, such that the intent behind the sale of firearms is predominantly one of obtaining livelihood or pecuniary gain, as opposed to other intents, such as improving or liquidating a personal firearms collection or making occasional sales, exchanges, or purchases. The "business" need not be an individual's primary business, nor must he successfully obtain profits from it; rather, he must demonstrate a willingness to deal, a profit motive, and a greater degree of activity than occasional sales by a hobbyist.

3. Persons who lawfully deal firearms are required to obtain a Federal Firearms License, which is issued by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). Those licensees (hereinafter referred to as "FFLs") are required to maintain records, whether written or electronic, of each and every firearm received, stored, sold, or traded. That record, referred to as the "bound book," is required to be retained by the FFL as long as he or she is in business. FFLs are subject to inspection by designated agents of the ATF. FFLs operating in the State of Ohio are required to complete an ATF Form Number 4473 for each firearm transaction and submit the name, social security number, and date of birth of each buyer in each transaction to the Federal Bureau of Investigations ("FBI"). ATF Form Number 4473, among other things, is utilized to determine if the buyer may lawfully purchase a firearm. Individuals who engage in the business of selling firearms without a license are in violation of Title 18, United States Code, Section 922(a)(1)(A).

## B. OBJECTS OF THE CONSPIRACY

4. The objects of the conspiracy were to realize a profit from a regular course of dealing in firearms without obtaining a license and thus also avoid governmental oversight, tax consequences, and the necessity for completing background checks before selling firearms.

## C. MANNER AND MEANS OF THE CONSPIRACY

5. It was a part of the conspiracy that the defendants, **BRIAN R. CUNNINGHAM** and **TYSON RATHBURN**, both directly and through the use of straw purchasers, purchased multiple firearms from FFLs located within the Southern District of Ohio.

6. It was further a part of the conspiracy that **CUNNINGHAM** and **RATHBURN**, both directly and through the use of straw purchasers, purchased multiple firearms in single, bulk transactions rather than buying each firearm individually.

7. It was further a part of the conspiracy that **CUNNINGHAM** and **RATHBURN** turned around and posted those firearms for resale on websites such as Armslist.com at marked-up prices from their original purchase price.

8. It was further a part of the conspiracy that, by February 2022, **CUNNINGHAM** and **RATHBURN** were in frequent contact with the defendants, **CHARLES L. JACKSON, a/k/a "Apollo," MARTINO D. LORENZI,** and **ANTHONDY D. REDMOND**, regarding the sale of multiple firearms. None of the defendants possessed an FFL. **JACKSON** and **REDMOND**, moreover, were prohibited by federal law from receiving any firearms given **JACKSON's** pending felony indictment in Genesee County, New York, and **REDMOND's** prior felony conviction in the Northern District of Ohio.

9. It was further a part of the conspiracy that between February 2022 and March 2022, **CUNNINGHAM** and **RATHBURN** negotiated the sale of more than one hundred firearms to **JACKSON, LORENZI,** and **REDMOND**, collectively.

10. It was further a part of the conspiracy that between February 2022 and March 2022, **JACKSON, LORENZI,** and **REDMOND** made multiple trips from the Cleveland, Ohio metropolitan area to the Columbus, Ohio metropolitan area to take receipt of the firearms they had purchased from **CUNNINGHAM** and **RATHBURN**.

11. It was further a part of the conspiracy that **JACKSON, LORENZI,** and **REDMOND** were acquiring the firearms from **CUNNINGHAM** and **RATHBURN** with the intent that they would later resell, transfer, and dispose of the firearms for a profit.

### D. OVERT ACTS

12. In furtherance of the conspiracy and to accomplish the objects of the conspiracy, the defendants committed various overt acts within the Southern District of Ohio and elsewhere, including but not limited to the following:

   a) On or about January 13, 2022, **BRIAN R. CUNNINGHAM** purchased seven firearms from George Washinguns LLC in Commercial Point, Ohio.

   b) On or about January 14, 2022, **BRIAN R. CUNNINGHAM** purchased sixteen firearms from Frazier Firearms LLC in Ashville, Ohio.

   c) On or about January 21, 2022, **TYSON RATHBURN** purchased five firearms from Frazier Firearms LLC in Ashville, Ohio.

   d) On or about January 27, 2022, **TYSON RATHBURN** purchased three firearms from Rural King in Marysville, Ohio.

4

e) On or about February 24, 2022, **BRIAN R. CUNNINGHAM** and **TYSON RATHBURN** sold nine firearms to **CHARLES L. JACKSON, a/k/a "Apollo,"** and **MARTINO D. LORENZI** at a gas station near New Albany, Ohio, for a combined purchase price of $3,300. **CUNNINGHAM** and **RATHBURN** documented this sale on Sales Receipt #672960.

f) On or about March 3, 2022, **BRIAN R. CUNNINGHAM** sold six firearms to **CHARLES L. JACKSON, a/k/a "Apollo,"** near the Rural King in Marysville, Ohio, for a combined purchase price of $2,100. **CUNNINGHAM** documented this sale on Sales Receipt #876264.

g) On or about March 4, 2022, **BRIAN R. CUNNINGHAM** purchased fifty firearms from George Washinguns LLC in Commercial Point, Ohio.

h) On or about March 5, 2022, **TYSON RATHBURN** sold nine firearms to **MARTINO D. LORENZI** and **ANTHONY D. REDMOND** for a combined purchase price of $3,000. **RATHBURN** documented this sale on Sales Receipt #872951.

i) On or about March 9, 2022, **BRIAN R. CUNNINGHAM** sold five firearms to **CHALRES L. JACKSON, a/k/a "Apollo,"** at a gas station near New Albany, Ohio, for a combined purchase price of $1,750. **CUNNINGHAM** documented this sale on Sales Receipt #672984.

j) On or about March 9, 2022, **BRIAN R. CUNNINGHAM** sold an additional four firearms to **CHARLES L. JACKSON, a/k/a "Apollo,"** at the same gas station near New Albany, Ohio, for a combined purchase price of $800. **CUNNINGHAM** documented this sale on Sales Receipt #672985.

5

k) On or about March 11, 2022, **BRIAN R. CUNNINGHAM** purchased three firearms from George Washinguns LLC in Commercial Point, Ohio.

l) On or about March 11, 2022, **BRIAN R. CUNNINGHAM** purchased an additional twelve firearms from George Washinguns LLC in Commercial Point, Ohio.

m) On or about March 11, 2022, **BRIAN R. CUNNINGHAM** and **TYSON RATHBURN** arranged for **RATHBURN's** associate, W.R., to make a straw purchase of fifty-eight firearms on their behalf from George Washinguns LLC in Commercial Point, Ohio.

n) On or about March 12, 2022, **TYSON RATHBURN** sold thirty-two firearms to **CHARLES L. JACKSON, a/k/a "Apollo,"** for a combined purchase price of $10,940. **RATHBURN** documented this sale on Sales Receipt #872952.

o) On or about March 14, 2022, **TYSON RATHBURN** sold seven firearms to **CHARLES L. JACKSON, a/k/a "Apollo,"** at a rental office near Ashville, Ohio, for a combined purchase price of $3,950. **RATHBURN** documented this sale on Sales Receipt #872955.

p) On or about March 16, 2022, **BRIAN R. CUNNINGHAM** and **TYSON RATHBURN** arranged for **RATHBURN's** associate, M.C., to make a straw purchase of sixty-seven firearms on their behalf from George Washinguns LLC in Commercial Point, Ohio.

q) On or about March 19, 2022, **TYSON RATHBURN** sold forty-two firearms to **CHARLES L. JACKSON, a/k/a "Apollo,"** near Marengo, Ohio, for a combined purchase price of roughly $14,000. **RATHBURN**, at **CUNNINGHAM's** direction, no longer documented their illegal firearms sales on a sales receipt.

6

r) In late-March 2022, the owner of George Washinguns LLC and **TYSON RATHBURN** both warned **BRIAN R. CUNNINGHAM** that ATF agents had been investigating the recent straw purchases that **CUNNINGHAM** and **RATHBURN** had arranged on their behalf. **CUNNINGHAM** subsequently discarded fourteen firearms that he believed were straw-purchased by W.R. and/or M.C. in a dumpster in Marysville, Ohio. **CUNNINGHAM** also discarded his remaining sales ledgers and a laptop computer that he used to facilitate his illegal firearms dealing in a nearby dumpster.

s) Between late-March and May 26, 2022, **CHARLES L. JACKSON, a/k/a "Apollo,"** and **MARTINO D. LORENZI** began communicating with an individual whom they believed to be associated with **TYSON RATHBURN** in an effort to continue their bulk firearm purchases. In truth, that individual was an undercover ATF agent.

t) On or about May 26, 2022, **CHARLES L. JACKSON, a/k/a "Apollo," MARTINO D. LORENZI,** and J.B. (an unindicted coconspirator) travelled together to the Southern District of Ohio to complete the purchase of sixteen firearms from that undercover agent. **JACKSON** provided the undercover agent with $5,200 for the purchase of those firearms, and **JACKSON** and J.B. provided their identifying information to complete a bill of sale. Upon taking receipt of the firearms, **JACKSON** and **LORENZI** were arrested.

**All in violation of Title 18, United States Code, Section 371.**

## FORFEITURE ALLEGATION

13. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1).

14. Upon conviction of Count 1, the defendants, **BRIAN R. CUNNINGHAM, TYSON RATHBURN, CHARLES L. JACKSON, a/k/a "Apollo," MARTINO D. LORENZI,** and **ANTHONY D. REDMOND**, shall forfeit to the United States all firearms and ammunition involved in the aforementioned offense, including, but not limited to:

| | | |
|---|---|---|
| a) | A Smith & Wesson .556 Rifle, S/N TU36643 | (ATF Item #2) |
| b) | A Smith & Wesson .556 Rifle, S/N TU11092 | (ATF Item #3) |
| c) | A Smith & Wesson .556 Rifle, S/N TU19337 | (ATF Item #4) |
| d) | A Smith & Wesson .556 Rifle, S/N TU37991 | (ATF Item #5) |
| e) | A Smith & Wesson .556 Rifle, S/N TU36541 | (ATF Item #6) |
| f) | A Smith & Wesson .556 Rifle, S/N TU11085 | (ATF Item #7) |
| g) | A Smith & Wesson .556 Rifle, S/N TU36542 | (ATF Item #8) |
| h) | A Smith & Wesson .22 Rifle, S/N LAU2771 | (ATF Item #9) |
| i) | A Smith & Wesson .556 Rifle, S/N TU19332 | (ATF Item #10) |
| j) | A Smith & Wesson .556 Rifle, S/N TU36259 | (ATF Item #11) |
| k) | A Smith & Wesson .556 Rifle, S/N TU17702 | (ATF Item #12) |
| l) | A Savage Arms .22 Rifle, S/N 3855275 | (ATF Item #13) |
| m) | A Savage Arms .22 Rifle, S/N 3759833 | (ATF Item #14) |
| n) | A Savage Arms .22 Rifle, S/N 3852048 | (ATF Item #16) |
| o) | A Savage Arms .22 Rifle, S/N 3852036 | (ATF Item #17) |

| | | |
|---|---|---|
| p) | A Savage Arms .22 Rifle, S/N 3855286 | (ATF Item #18) |
| q) | A Savage Arms .22 Rifle, S/N 3855277 | (ATF Item # 19) |
| r) | A Savage Arms .22 Rifle, S/N 3759831 | (ATF Item #20) |
| s) | A Savage Arms .308 Rifle, S/N P164717 | (ATF Item #23) |
| t) | A Savage Arms .308 Rifle, S/N P160352 | (ATF Item #24) |
| u) | A Savage Arms .22 Rifle, S/N 3848359 | (ATF Item #25) |
| v) | A Savage Arms .17 Rifle, S/N P164788 | (ATF Item #26) |
| w) | A Savage Arms .22 Rifle, S/N 3816430 | (ATF Item #27) |
| x) | A Federal Armament Rifle, S/N 21-AS20788 | (ATF Item #28) |
| y) | A Savage Arms .22 Rifle, S/N 3802944 | (ATF Item #29) |
| z) | A Winchester Shotgun, S/N TR077351YZSP | (ATF Item #30) |
| aa) | A Winchester Shotgun, S/N TR077246YZSP | (ATF Item #31) |
| bb) | A Winchester Shotgun, S/N TR077249YZSP | (ATF Item #32) |
| cc) | A Winchester Shotgun, S/N TR113544YZSP | (ATF Item #33) |
| dd) | A Federal Armament Rifle, S/N B20PX0940 | (ATF Item #34) |
| ee) | An Armsan Silah Sanayi Shotgun, S/N KRP033784 | (ATF Item #35) |
| ff) | A German Sports Guns .22 Rifle, S/N BL54873 | (ATF Item #36) |
| gg) | A North American Arms .22 Revolver, S/N VT21611 | (ATF Item #37) |
| hh) | A North American Arms .22 Revolver, S/N E448317 | (ATF Item #38) |
| ii) | A North American Arms .22 Revolver, S/N E436793 | (ATF Item #39) |
| jj) | A Taurus .22 Pistol, S/N 1PT313309 | (ATF Item #40) |
| kk) | A Bearman Industries .380 Derringer, S/N BT043866 | (ATF Item #41) |
| ll) | A Smith & Wesson 9mm Pistol, S/N LET7675 | (ATF Item #42) |

| | | |
|---|---|---|
| mm) | A Taurus .22 Pistol, S/N 1PT463834 | (ATF Item #43) |
| nn) | A Sig-Sauer .22 Pistol, S/N F127252 | (ATF Item #44) |
| oo) | A Sig-Sauer .22 Pistol, S/N F073172 | (ATF Item #45) |
| pp) | A Keltec .22 Pistol, S/N WY9N12 | (ATF Item #46) |
| qq) | A Taurus 9m Pistol, S/N ACC719939 | (ATF Item #47) |
| rr) | A Federal Armament Shotgun, S/N B21-SL0165 | (ATF Item #48) |
| ss) | A Federal Armament Shotgun, S/N B20SM0821 | (ATF Item #49) |
| tt) | A Federal Armament Shotgun, S/N B21-SL0163 | (ATF Item #50) |
| uu) | A Savage .17 Rifle, S/N 2446334 | (ATF Item #51) |
| vv) | A North American Arms .22 Revolver, S/N E442789 | (ATF Item #53) |
| ww) | A Smith & Wesson Revolver, S/N JNM1780 | (ATF Item #54) |
| xx) | A Keltec .22 Pistol, S/N WY2995 | (ATF Item #55) |
| yy) | A Browning .22 Pistol, S/N 515ZP03272 | (ATF Item #56) |
| zz) | A Keystone Sporting Arms .22 Rifle, S/N 1022175 | (ATF Item #59) |
| aaa) | 3,747 rounds of assorted ammunition | (ATF Item #61) |
| bbb) | A Smith & Wesson 9mm Pistol, S/N RHC3918 | (ATF Item #62) |
| ccc) | 2,800 rounds of assorted ammunition | (ATF Item #64) |
| ddd) | 1,250 rounds of assorted ammunition | (ATF Item #68) |
| eee) | A Smith & Wesson .22 Rifle, S/N LAC9931 | (ATF Item #69) |
| fff) | A Glock 9mm Pistol, S/N AGGM399 | (ATF Item #75) |
| ggg) | A Glock 9mm Pistol, S/N AGGM398 | (ATF Item #77) |
| hhh) | A Glock 9mm Pistol, S/N BWHV619 | (ATF Item #79) |
| iii) | A Glock 9mm Pistol, S/N BWHV517 | (ATF Item #81) |

| | | |
|---|---|---|
| jjj) | A Glock 9mm Pistol, S/N AGLZ396 | (ATF Item #83) |
| kkk) | A Glock 9mm Pistol, S/N AGLZ404 | (ATF Item #85) |
| lll) | A Glock 9mm Pistol, S/N AGLZ391 | (ATF Item #87) |
| mmm) | A Glock .40 Pistol, S/N BWHT656 | (ATF Item #89) |
| nnn) | A Taurus 9mm Pistol, S/N 1KA20319 | (ATF Item #91) |
| ooo) | A Taurus 9mm Pistol, S/N 1KA21029 | (ATF Item #93) |
| ppp) | A Taurus 9mm Pistol, S/N 1KA21009 | (ATF Item #95) |
| qqq) | A Taurus 9mm Pistol, S/N 1KA19705 | (ATF Item #97) |
| rrr) | A Taurus 9mm Pistol, S/N 1KA20369 | (ATF Item #99) |
| sss) | A Taurus 9mm Pistol, S/N 1KA20370 | (ATF Item #101) |
| ttt) | A Glock 9mm Pistol, S/N BURT113 | (ATF Item #110) |
| uuu) | A Taurus .38 Revolver, S/N ACN735467 | (ATF Item #112) |
| vvv) | A Taurus .38 Revolver, S/N ACM669152 | (ATF Item #114) |
| www) | A Taurus .38 Revolver, S/N ACM687206 | (ATF Item #116) |
| xxx) | A Taurus .38 Revolver, S/N ACN735486 | (ATF Item #118) |
| yyy) | A Taurus .38 Revolver, S/N ACN735462 | (ATF Item #120) |
| zzz) | A Taurus 9mm Pistol, S/N 1KA29133 | (ATF Item #122) |
| aaaa) | A Taurus 9mm Pistol, S/N 1KA20237 | (ATF Item #124) |
| bbbb) | A Taurus 9mm Pistol, S/N 1KA20235 | (ATF Item #126) |
| cccc) | A Taurus 9mm Pistol, S/N 1KA20137 | (ATF Item #128) |
| dddd) | A Taurus 9mm Pistol, S/N 1KA29197 | (ATF Item #130) |
| eeee) | A Taurus 9mm Pistol, S/N 1KA20248 | (ATF Item #133) |
| ffff) | A Taurus 9mm Pistol, S/N 1KA28816 | (ATF Item #135) |

| | | |
|---|---|---|
| gggg) | A Taurus 9mm Pistol, S/N 1KA20130 | (ATF Item #137) |
| hhhh) | A Taurus 9mm Pistol, S/N 1KA20133 | (ATF Item #139) |
| iiii) | A Taurus 9mm Pistol, S/N 1KA20229 | (ATF Item #141) |
| jjjj) | A Taurus 9mm Pistol, S/N 1KA20132 | (ATF Item #143) |
| kkkk) | A Taurus 9mm Pistol, S/N 1KA19613 | (ATF Item #145) |
| llll) | A Taurus 9mm Pistol, S/N 1KA20134 | (ATF Item #147) |
| mmmm) | A Taurus 9mm Pistol, S/N 1KA20129 | (ATF Item #149) |
| nnnn) | A Taurus 9mm Pistol, S/N 1KA19610 | (ATF Item #151) |
| oooo) | A Tisas-Trabzon .45 Pistol, S/N T0620-21Z13880 | (ATF Item #154) |
| pppp) | A Tisas-Trabzon .45 Pistol, S/N T0620-21Z15573 | (ATF Item #156) |
| qqqq) | A CANIK55 9mm Pistol, S/N T6472-21 CB 58663 | (ATF Item #158) |
| rrrr) | A Tisas-Trabzon .45 Pistol, S/N T0620-21Z23619 | (ATF Item #160) |
| ssss) | A Tisas-Trabzon .45 Pistol, S/N T0620-21Z23618 | (ATF Item #162) |
| tttt) | 6 rounds of assorted ammunition | (ATF Item #195) |
| uuuu) | A SCCY Industries 9mm Pistol, S/N 267407 | (ATF Item #212) |
| vvvv) | A SCCY Industries 9mm Pistol, S/N 296493 | (ATF Item #213) |
| wwww) | A SCCY Industries 9mm Pistol, S/N 296546 | (ATF Item #214) |
| xxxx) | A SCCY Industries 9mm Pistol, S/N 296463 | (ATF Item #215) |
| yyyy) | A SCCY Industries 9mm Pistol, S/N 296545 | (ATF Item #216) |
| zzzz) | A SCCY Industries 9mm Pistol, S/N 305936 | (ATF Item #217) |
| aaaaa) | A SCCY Industries 9mm Pistol, S/N 267359 | (ATF Item #218) |
| bbbbb) | A SCCY Industries 9mm Pistol, S/N 267392 | (ATF Item #219) |
| ccccc) | A SCCY Industries 9mm Pistol, S/N 296552 | (ATF Item #220) |

| | | |
|---|---|---|
| ddddd) | A SCCY Industries 9mm Pistol, S/N 296496 | (ATF Item #221) |
| eeeee) | A SCCY Industries 9mm Pistol, S/N 305961 | (ATF Item #222) |
| fffff) | A SCCY Industries 9mm Pistol, S/N 305963 | (ATF Item #223) |
| ggggg) | A SCCY Industries 9mm Pistol, S/N 296553 | (ATF Item #224) |
| hhhhh) | A SCCY Industries 9mm Pistol, S/N 296468 | (ATF Item #225) |
| iiiii) | A SCCY Industries 9mm Pistol, S/N 267360 | (ATF Item #226) |
| jjjjj) | A SCCY Industries 9mm Pistol, S/N 267393 | (ATF Item #227) |

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

_____
**Foreperson**


**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

_____

**NOAH R. LITTON (0090479)**
**S. COURTER SHIMEALL (0090514)**
**Assistant United States Attorneys**

13